

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 11, 2023

**VIA ECF**
The Honorable Jennifer H. Reardon
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

     Re:    *Elias Feuer v. Lauren M. McFerran*, 22-cv-10433 (JHR)

Dear Judge Reardon:

     This Office represents Lauren M. McFerran, Chairman of the National Labor Relations Board (the "Government") in the above-referenced action. We write jointly with *pro se* Plaintiff Elias Feuer ("Plaintiff") to provide the Court with a status update regarding mediation pursuant to the Court's Minute Entry dated April 26, 2023.

     The first mediation conference was held on April 26, 2023. The conference was productive, and the parties determined that a second conference would be useful. The parties are in the process of scheduling a second conference. Due to Plaintiff's international travel plans, the parties plan to schedule a second conference after Memorial Day. The parties can provide the Court with a further status update following the second mediation conference.

     We thank the Court for its consideration of this letter.

                          Respectfully,

                          DAMIAN WILLIAMS
                        United States Attorney for the
                        Southern District of New York

          By:    */s/ Rebecca Salk*
                REBECCA SALK
                Assistant United States Attorney
                86 Chambers Street, Third Floor
                New York, NY 10007
                Tel: (212) 637-2614
                Email: Rebecca.Salk@usdoj.gov

cc: Elias Feuer, *pro se*
    975 Park Avenue
    New York, NY 10028
    feuer.elias@gmail.com
    (VIA ECF)