

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

May 11, 2023

**Within one week of the second mediation conference, the parties shall file a joint letter on the status of their efforts to settle this matter.**

**SO ORDERED.**

*/s/ Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Date: May 19, 2023

<u>**VIA ECF**</u>
The Honorable Jennifer H. Rearden
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Elias Feuer v. Lauren M. McFerran*, 22-cv-10433 (JHR)

Dear Judge Reardon:

This Office represents Lauren M. McFerran, Chairman of the National Labor Relations Board (the "Government") in the above-referenced action. We write jointly with *pro se* Plaintiff Elias Feuer ("Plaintiff") to provide the Court with a status update regarding mediation pursuant to the Court's Minute Entry dated April 26, 2023.

The first mediation conference was held on April 26, 2023. The conference was productive, and the parties determined that a second conference would be useful. The parties are in the process of scheduling a second conference. Due to Plaintiff's international travel plans, the parties plan to schedule a second conference after Memorial Day. The parties can provide the Court with a further status update following the second mediation conference.

We thank the Court for its consideration of this letter.

        Respectfully,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

By:   */s/ Rebecca Salk*
      REBECCA SALK
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, NY 10007
      Tel: (212) 637-2614
      Email: Rebecca.Salk@usdoj.gov

cc: Elias Feuer, *pro se*
    975 Park Avenue
    New York, NY 10028
    feuer.elias@gmail.com
    (VIA ECF)