UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ELIAS FEUER,

                             Plaintiff,

                -against-

LAUREN M. MCFERRAN, *Chairman of the National Labor Relations Board*,

                             Defendant.
-----------------------------------------------------------------

**ORDER SCHEDULING INITIAL CASE MANAGEMENT TELEPHONE CONFERENCE**

**22-cv-10433 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's request to adjourn conference at Dkt. No. 16. The request is GRANTED. The conference is adjourned to **August 21, 2023 at 11:00 am**. Parties are directed to call +1 646-453-4442, conference ID: 66888681# at the time of the conference.

      SO ORDERED.

Dated:     New York, New York
              July 21, 2023

                                                             _____
                                                              JENNIFER E. WILLIS
                                                              United States Magistrate Judge