**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ELIAS FEUER,

                                Plaintiff,

                    -against-

LAUREN M. MCFERRAN, *Chairman of the National*
*Labor Relations Board*,

                                Defendant.
------------------------------------------------------------------

**<u>ORDER</u>**

**22-cv-10433 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

   The Court is in receipt of Plaintiff's letter at Dkt. No. 31 requesting an expedited discovery conference seeking email communications and document production from Defendant.  Defendant requests an extension to February 2, 2024 to produce documents.  Dkt. No. 32.  Both requests are GRANTED.

   The Court will hold a conference in this matter on **<u>February 7, 2024 at 2pm</u>** in Courtroom 228, 40 Foley Square New York, New York.  The Parties are directed to file a joint letter by February 6, 2024 notifying the Court as to whether there is still a discovery dispute requiring the Court's intervention.  If the Parties are able to resolve the issue without judicial intervention, then the conference will be cancelled.  **The Clerk of the Court is respectfully requested to close the motions at Dkt. Nos. 31 and 32.**

SO ORDERED.

Dated:      New York, New York
            January 18, 2024

_____
JENNIFER E. WILLIS
United States Magistrate Judge