UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ELIAS FEUER,

                               Plaintiff,

           -against-

LAUREN M. MCFERRAN, *Chairman of the National Labor Relations Board*,

                              Defendant.
------------------------------------------------------------------

**ORDER**

**22-cv-10433 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Parties were heard in a conference on February 7, 2024. For the reasons stated more fully on the record, this Court ordered the Parties to meet and confer and file a status update letter by **February 21, 2024**. The letter should include any outstanding disputes and propose a schedule for the subsequent document production.

      Defendant is directed to order a copy of the transcript from the conference and provide a copy to Plaintiff and to the Court via email at willisnysdchambers@nysd.uscourts.gov.

      SO ORDERED.

Dated:      New York, New York
              February 7, 2024

                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge