January 4, 2025

<u>VIA ECF</u>

The Honorable Jennifer E. Willis
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY 10007

> The Court accepts Plaintiff's late filing. The remaining briefing deadlines are the same as set forth in Dkt. No. 57. SO ORDERED.
>
> */s/ Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> January 6, 2025

Re: Elias Feuer v. Lauren M. McFerran, 22-cv-10433 (JHR)

Dear Judge Willis

Yesterday evening, I made multiple unsuccessful attempts to file my Summary Judgment motion, my accompanying 56.1 Statement, and Exhibits. I informed defendant's counsel who shared with me that there have recently been difficulties with the Pacer System. Last night, I served her by e-mail with my intended filing.

Please excuse my tardy filing based upon electronic circumstances beyond my control.

Dated January 4, 2025

Respectfully submitted,

<u>/s/ Elias Feuer</u>
ELIAS FEUER, *pro se*
975 Park Avenue
New York, NY 10028
Tel: (917) 273-4085
Email: feuer.elias@gmail.com cc:

Cc: Rebecca Salk
   Assistant United States Attorney
   86 Chambers Street, Third Floor
   New York, NY 10007
   Rebecca.Salk@usdoj.gov
   (VIA ECF)