UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ELIAS FEUER,

                       Plaintiff,

          -against-

LAUREN M. MCFERRAN, *Chairman of the National Labor Relations Board*,

                       Defendant.
------------------------------------------------------------------

**ORDER**

**22-cv-10433 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's and Defendant's various motions to seal. See Dkt. Nos. 58, 72, and 78. The Court **DENIES** these motions without prejudice. The Court fully intends to grant these sealing requests once the deficiencies below are addressed.

Defendant's motion to seal at Dkt. No. 58 proposes redactions to exhibits due to the privacy interests of third parties who are mentioned in the documents. However, the redactions are inconsistent with Defendant's other unsealed filings in the motions for summary judgment briefing. For example, the parties' joint statement of undisputed facts (Dkt. No. 49) and the Defendant's memorandum of law in support of her motion for summary judgement (Dkt. No. 61), include information that is redacted in Defendant's sealed exhibits. Defendant must therefore conform the summary judgment briefing with the proposed exhibit redactions.

Plaintiff's at Dkt. Nos. 72 and 78 requests the Court to manually review and redact excerpts of certain exhibits. The Court is not in the position to manually redact

documents for any party. Plaintiff is directed to re-file his motions to seal in accordance with this Court's individual rules at § II.E. In the event Plaintiff requires assistance, Plaintiff is encouraged to contact the Pro Se Intake Unit at (212) 805-0175 or the ECF Help Desk at (212) 805-0800.

**The Clerk of Court is respectfully requested to close Dkt. Nos. 58, 72, and 78.**

SO ORDERED.

Dated:   New York, New York
         September 19, 2025

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge