# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

ELIAS FEUER,

                Plaintiff,                22 **CIVIL** 10433 (JW)

    -against-                         **<u>JUDGMENT</u>**

LAUREN M. MCFERRAN, Chairman of the National Labor Relations Board,

                Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 29, 2025, Plaintiff's motion for summary judgment is DENIED in full and Defendant's motion for summary judgment is GRANTED in full; accordingly, the case is closed.

**Dated:** New York, New York

      September 30, 2025

                                                    **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                    **BY:**

                                                    **Deputy Clerk**