September 29, 2025

**VIA ECF**

The Honorable Jennifer E. Willis
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY 10007

> This request is **DENIED** as moot since the Court denied without prejudice Plaintiff's previous motions to seal. See Dkt. No. 83. SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> October 1, 2025

Re: Elias Feuer v. Lauren M. McFerran, 22-cv-10433 (JHR)

Dear Judge Willis,

On September 19, 2026, the Court issued an Order (Dkt. No. 83) in which it inter alia denied without prejudice both plaintiff's letter motion dated February 11, and March 6, 2025, respectively. Those motions requested that certain discovery documents submitted in support of the pending summary judgment litigation be sealed (Dkt. Nos. 72 and 78). In particular, the February 11 motion asks that discovery documents pages 000706, 000707, 000908 and 000945 of Exhibit J, (Dkt. No. 71) and discovery documents pages, 000890 and, 000908 of Exhibit B (Dkt. No. 77) be sealed.

Upon further review of these documents, plaintiff has concluded that sealing the enumerated five pages of discovery documents is unnecessary and not required by the Court's outstanding confidentiality Order. The plaintiff will not be refiling its February 11, and March 3, 2025 motions. Had plaintiff refiled, he would have limited his redaction request to the listing of ALJ Elizabeth Tafe's and Jeffrey Gardner's email addresses and phone numbers. For the Court's convenience, plaintiff has included as Exhibit 1, copies of the five original discovery pages and copies of the five pages with the information partially redacted.

A simple Google search that the undersigned conducted today for Tafe's and Gardner's email addresses and phone numbers disclosed that information for both these individuals. Based solely upon the fact that this information is in the public domain, plaintiff observes no privacy issues that would require partial redaction and partial sealing of these five pages.

Plaintiff moves to withdraw his February 11, and March 6, 2025, letter motions.

Dated September 29, 2025

Respectfully submitted,

/s/ Elias Feuer
ELIAS FEUER, *pro se*
975 Park Avenue
New York, NY 10028
Tel: (917) 273-4085

Email: feuer.elias@gmail.com cc:

Cc: Rebecca Salk
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Rebecca.Salk@usdoj.gov
(VIA ECF)