

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

September 30, 2025

**VIA ECF**

The Honorable Jennifer E. Willis
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *Elias Feuer v. Lauren M. McFerran*, 22-cv-10433 (JHR)

Dear Judge Willis:

      This Office represents the Government in the above-referenced employment discrimination action brought by *pro se* plaintiff Elias Feuer ("Plaintiff"). On January 3, 2025, the Government sought leave to file redacted versions of six exhibits in connection with the Government's motion for summary judgment. ECF No. 58. On September 19, 2025, the Court denied the Government's motion to seal without prejudice and directed the Government to refile its request after it conformed other documents submitted in connection with its summary judgment motion with its proposed exhibit redactions. ECF No. 83. Accordingly, the Government respectfully: (1) renews its motion to seal six exhibits on the public docket; (2) requests that the Court strike certain filings from the docket (ECF Nos. 49.1, 62, and 75), as they contain information that is redacted in the sealed exhibits; and (3) grant the Government leave to refile docket numbers 49.1, 62, and 75 with redactions.

      First, as explained in the Government's initial sealing request, the Government seeks to file six exhibits under seal due to the privacy interests of third parties who are mentioned in the documents. *See* ECF No. 58 (requesting that Exhibits G, H, I, J, K, and X to the Declaration of Rebecca Salk be filed under seal). The Government respectfully submits that sealing is appropriate in light of the privacy interests of third parties. *See id.* (citing *Beverly Hills Teddy Bear Co. v. Best Brands Consumer Prod., Inc.*, No. 19 Civ. 3766 (GHW), 2020 WL 7706741, at *2 (S.D.N.Y. Dec. 29, 2020) and *Republic of Turkey v. Christie's Inc.*, No. 17 Civ. 3086 (AJN), 2020 WL 7338074, at *1 (S.D.N.Y. Sept. 11, 2020)). The six exhibits at issue contain sensitive information of innocent third parties, including observations from sitting ALJs about their resumes, writing samples, work history, and personal character. If the information in the exhibits is made publicly available, it could put the innocent third parties at a disadvantage when applying for future jobs or result in public embarrassment. *See United States v. Amodeo,* 71 F.3d 1044, 1050-51 (2d Cir. 1995) (noting that "embarrassing conduct with no public ramifications" and similar matters "weigh more heavily against access than conduct affecting a substantial portion of the public"). Plaintiff previously consented to this sealing request.

      Second, the Government has re-reviewed its prior filings that were submitted in connection with its motion for summary judgment and opposition to Plaintiff's motion for summary judgment. The Government has identified three documents that contain information that should be redacted

to conform with its sealing request: (1) the Joint Statement of Undisputed Facts, ECF No. 49.1; (2) the Government's Local Rule 56.1 Statement, ECF No. 62; and (3) the Government's Response to Plaintiff's Local Rule 56.1 Statement, ECF No. 75.[1] The Government respectfully requests that the Court therefore strike those filings from the docket and grant the Government leave to file those documents with limited redactions that are consistent with the redactions to its six exhibits. Pursuant to the Court's Individual Rules of Practice in Civil Cases, the Government has submitted a declaration that attaches the exhibits and the above-referenced filings with proposed redactions.

I thank the Court for its consideration of this application.

Respectfully,

JAY CLAYTON
Acting United States Attorney for the
Southern District of New York

By:    /s/ Rebecca Salk
REBECCA SALK
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2614
Email: Rebecca.Salk@usdoj.gov

cc: Elias Feuer, *pro se*
975 Park Avenue
New York, NY 10028
feuer.elias@gmail.com
(VIA ECF)

---

Defendant's motion to seal is **GRANTED**. The Court strikes Dkt. Nos. 49-1, 62, and 75 from the docket and **GRANTS** Defendant leave to refile those three documents to conform with Defendant's sealing request. SO ORDERED.

*/s/ Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge
October 1, 2025

---

[1] Although the Court notes that Docket No. 61 also contains information that is redacted in Defendant's sealed exhibits, the Government has not identified any information that requires redaction in that document.